**Antelma DELGADO and Bricio Delgado, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 03–74365.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

James R. Patterson, Attorney at Law, San Diego, CA, for Petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Terri J. Scadron, Esq., Margot L. Nadel, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, LEAVY and FISHER, Circuit Judges.

MEMORANDUM **

Antelma Delgado and her brother, Bricio Delgado, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order, on remand from this court, dismissing their appeal from an immigration judge's ("IJ") order denying cancellation of removal. We have

---

jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo claims of due process violations in immigration proceedings. *See Sanchez–Cruz v. INS*, 255 F.3d 775, 779 (9th Cir.2001). We deny the petition for review.

We remanded the case to the BIA for reconsideration in light of *In re Monreal–Aguinaga*, 23 I. & N. Dec. 56 (BIA 2001). The BIA acted within its authority in determining, without remanding to the IJ, that Petitioners failed to demonstrate exceptional and extremely unusual hardship. 8 C.F.R. § 1003.1(d)(3)(ii) ("The [BIA] may review questions of law, discretion, and judgment and all other issues in appeals from decisions of immigration judges de novo.").

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-